**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ana Amegan Shackleford and James Elbert Shaw,
Defendants,

Of whom Ana Amegan Shackleford is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-000255

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-361
Submitted June 14, 2016 – Filed July 13, 2016

———————————

**AFFIRMED**

———————————

Heather Michelle Cannon, of Heather M. Cannon, LLC,
of Conway, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr.
PC, of Conway, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

------

**PER CURIAM:** Ana Amegan Shackleford appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's order and relieve Shackleford's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.